# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )
)   Case No. 4:24 MJ 9124 RHH
Precision Location Information; Subscriber &  )
Transactional Records; Cell Site Information; Pen  )   SIGNED AND SUBMITTED TO THE COURT FOR
Register & Trap-and-Trace for Phone # 314-619-7615  )   FILING BY RELIABLE ELECTRONIC MEANS

## APPLICATION FOR A SEARCH WARRANT

I, <u>William Kohler, DEA</u> a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ____New Jersey____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1); | Possession with intent to distribute a controlled substance; |
| 21:846 | Conspiracy to commit a violation |

The application is based on these facts:

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Applicant's signature*

SA William Kohler, DEA
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 03/01/2024

*Judge's signature*

City and state: St. Louis, MO    Honorable Rodney H. Holmes, U.S. Magistrate Judge
*Printed name and title*